# United States District Court
## Middle District of Louisiana

U.S. DIST. COURT
MIDDLE DIST. LA

2010 JAN 14  AM 11: 12

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ARMAD RASHAD BROWN | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | |
| | Criminal Number:  3:98CR00133-001-JVP |
| | |
| | Thomas C. Damico, Esq. and Brent Stockstill, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**
[✔]   admitted guilt to violation of condition(s) _1_ of the term of supervision.
[ ]    was found in violation of condition(s) ___ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

January 7, 2009
Date of Imposition of Sentence

_[signature]_
Signature of Judicial Officer

JAMES J. BRADY, United States District Judge
Name & Title of Judicial Officer

1-14-2010
Date

USA Certified

| CASE NUMBER: | 3:98CR00133-001-JVP | Judgment - Page 2 of 3 |
| DEFENDANT: | ARMAD RASHAD BROWN | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | "The defendant shall not possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the probation officer."<br><br>On March 14, 2008, Mr. Brown tested positive for cocaine, under specimen number B01331070.<br><br>On October 20, 2008, Mr. Brown tested positive for cocaine, under specimen number B01332642.<br><br>On November 5, 2008, Mr. Brown tested positive for cocaine, under specimen number B01332722.<br><br>On May 13, 2009, Mr. Brown tested positive for cocaine, under specimen number A01208505.<br><br>Mr. Brown has been in substance abuse outpatient treatment since his supervised release began.<br><br>On November 5, 2008, Mr. Brown agreed to go into inpatient treatment. On January 5, 2009, he was instructed to report to Capital Area Recovery Program on January 6, 2009. On January 6, 2009, Mr. Brown reported to CARP as instructed but was not allowed in the facility because he was positive for codeine and had no valid prescription for this medication. On January 14, 2009, Mr. Brown entered CARP and on February 18, 2009 he completed the program. | 1/14/2009 |

AO 245B      (Rev. 03/01) Judgment in a Criminal Case
                Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 3:98CR00133-001-JVP | Judgment - Page 3 of 3 |
| DEFENDANT: | ARMAD RASHAD BROWN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  18 months .

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[✔]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
            [ ] at ___ on ___.
            [ ] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
            [ ] before _ on ___.
            [ ] as notified by the United States Marshal.
            [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

     Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                    _____
                                                    UNITED STATES MARSHAL

                                       By _____
                                                          Deputy U.S. Marshal